Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the Southern

District of Texas

Division

___Miguel Angel Valadez___
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

___Drug Enforcement Agency (DEA) See attch.___
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Miguel Angel Valadez
  Street Address: 1715 Lexington Circle #5
  City and County: Edinburg — Hidalgo
  State and Zip Code: Texas - 78539
  Telephone Number: 956-777-9044
  E-mail Address: chilipepper1709@yahoo.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 2
- Name: Hidalgo County District Attorney's office
- Job or Title (if known): Ricardo Rodriguez - District Attorney
- Street Address: 100 S. Closner
- City and County: Edinburg - Hidalgo
- State and Zip Code: Texas - 78539
- Telephone Number: 956-292-7600
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Hidalgo County Sheriff's office & Narcotics Division
- Job or Title (if known): Narcotics - Sheriff & Lt.
- Street Address: 711 Cibolo Rd
- City and County: Edinburg - Hidalgo
- State and Zip Code: Texas - 78541
- Telephone Number: 956-383-8114 / 956-213-7700
- E-mail Address (if known): unknown

Defendant No. 4
- Name: Drug Enforcement Agency (DEA) & (SOD) Special Operation Division
- Job or Title (if known): Supervisor for DEA & Supervisor for SOD & Narcotics
- Street Address: 1200 N. Commerce
- City and County: McAllen - Hidalgo
- State and Zip Code: Texas - 78501
- Telephone Number: 956-992-8400
- E-mail Address (if known): unknown

Defendant No. 5
- Name: City of Edinburg police & Narcotics Division
- Job or Title (if known): Chief Police, Asst. Chief Police - Lt. - see police report match.
- Street Address: 1702 S. Closner Blvd
- City and County: Edinburg, Hidalgo
- State and Zip Code: Texas - 78539
- Telephone Number: 956-289-7700
- E-mail Address (if known): unknown

Defendant no. 6 - see attch.

Defendant #6: Name: McAllen Police Department ; Narcotics Division
Job or Title: Chief Police - Supervisor of Narcotics Division
Street Address: 1601 ~~chief~~ M.V. N. Bicentennial Blvd
City & County: McAllen ; Hidalgo
State ; Zipcode: 78501 - Texas
Telephone #: 956-681-2401
E-mail Address: unkown

Defendant #7: Name: Mission Police Dept. ; Narcotics Division
Job or Title: Supervisor Narcotics Division ; Chief of Police
City & County: Mission - Hidalgo
State ; Zipcode: Texas - 78572
Street Address: 1200 E 8th st. - Mission
Telephone #: 956-584-5000

Defendant #8: Name: Pharr Police Dept. ; Narcotics Divison
Job/Title: Supervisor Narcotics ; Chief of Police
City ; County: Pharr - Hidalgo
State ; Zipcode: Texas - 78577
Telephone # - 956-402-4700
NW ~~E-mail~~ address: 1900 S. Cage Blvd

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __N/A__, is a citizen of the State of *(name)* __N/A__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* __N/A__, and has its principal place of business in the State of *(name)* __N/A__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __N/A__, is a citizen of the State of *(name)* __N/A__. Or is a citizen of *(foreign nation)* __N/A__.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* ___N/A___, is incorporated under the laws of the State of *(name)* ___N/A___, and has its principal place of business in the State of *(name)* ___N/A___. Or is incorporated under the laws of *(foreign nation)* ___N/A___, and has its principal place of business in *(name)* ___N/A___.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

___N/A___

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1.) 2005 Joy St. #2 - Edinburg, TX. 78539
2.) 3601 Bridget St. - Edinburg, TX. 78539
3.) 1715 Lexington Circle #5 - Edinburg, TX. 78539

✱ - see Attch.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Aug. 15, 2017 and/TD - Present time
24 hours - 7 days a week - No exaggeration

✱ See Attch -

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1.) I used drugs for short period of time - causing undercover cops to surveillance me. Since 8-15-17. -
I was physically, mentally - physiological - Torture. - see attch pics. since 8-15-2017 ongoing - No stopping - Torture only gets worse. I claim the Hidalgo County DA office, Edinburg police Dept. Hidalgo County sheriff's office narcotic, McAllen Dept. & Mission The DEA driving force to recruit all Narcotic teams in the area and possible DEA from other areas in state took turns torturing me.

*see Attch.*

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Due to the extreme torture I have been subjected to, has left me with permanent damage to my skin, my heart, my head, my ears my eyes, my physiological, & emotional. This torture continues, last night my bed area was constantly shocking me. itching so bad. The DEA or SED or any other narcotic team Do not know the critical danger of my health - They are causing. If my CK Levels continue to increase, Due to shocks & burns, I will have a heart attack or stroke and kidney failure. My Life is in Danger Today and everyday they continue to torture.

*see Attch. This is no hoax or joke This is life and death situation for me.*

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want the torture to ceased immediately - before I am murdered in hands of Law Enforcement. They have violated every civil Rights violation there is. The torture continues non-stop 24/7.
Actual damages: permanent Heart tissue Damage - Rhabdomyolysis - & Kidney failure possible
Why do I claim I am Entitled: Life Long conditions that won't go away, piece of ear gone, chances for heart attack everyday, Life Long Headaches & Ear aches, no sports, or running Damaged relationship w/spouse & daughter. I will have Life Long Hospital, medical Bills. -
Amounts Requested: / SOD: $800,000.00 / Edinburg PD. = $250,000.00 / McAllen PD. = $100,000
DEA = $800,000.00
Hidalgo County DA = $800,000.00 / Sheriff's office = $800,000.00 / Mission PD = $100,000.00

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-28-2019

Signature of Plaintiff: *Miguel Angel Valdez*
Printed Name of Plaintiff: Miguel Angel Valdez

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____