United States District Court
Southern District of Texas
**ENTERED**
August 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL VALADEZ | ) | |
| | ) | MISC. ACTION NUMBER |
| VS. | ) | M-19-120 |
| | ) | |
| HIDALGO COUNTY DISTRICT ATTORNEY'S OFFICE, et al. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's Application to Proceed In Forma Pauperis. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 21 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 11th day of August, 2020, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE